

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alexander Judka*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*        *main:  (973) 645-2700*
*Newark, NJ 07102*                   *direct: (973) 645-2825*
*Alexander.judka@usdoj.gov*

July 28, 2026

**Via Electronic Filing**
Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court
Michell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

SO ORDERED this __28th__ day
of ___July___ 20__26__

*[signature]*
United States District Judge

Re:    *Lopez-Asprilla v. Warden, et al.,* No. 26-cv-3505 (CPO)
       **Request for Extension of Time to Pay EAJA Fees**

Dear Judge O'Hearn:

This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). We write in response to this Court's Order directing Respondents to pay Petitioner's counsel fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), ECF No. 9. Specifically, on July 6, 2026, the Court ordered Respondents to pay Petitioner's counsel $3,961.62 within thirty days. *Id*. Thereafter, this Office reached out to Petitioner's counsel for payment information and the assignment letter required by the Anti-Assignment Act. *See* 31 U.S.C. § 3727(b). Since then, Respondents have contacted Petitioner's counsel on several occasions; however, counsel has not yet provided the information and letter necessary to comply with the Court's order. *See* ECF No. 9.

Accordingly, Respondents respectfully request the Court (1) direct Petitioner's counsel to provide the above-referenced information and letter within seven (7) days, and (2) extend the time within which Respondents must pay EAJA fees by thirty (30) days.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   s/ *Alexander Judka*
ALEXANDER JUDKA
Assistant United States Attorney
*Attorneys for the Respondents*

cc:   Counsel of Record via ECF

2